TDCJ Offender Details

61,119-08

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 06330837 |
| **TDCJ Number:** | 01164137 |
| **Name:** | CHILDERS,BRAD MICHAEL |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1982-02-09 |
| **Maximum Sentence Date:** | 2067-07-09    *CUMULATIVE OFFENSES* |
| **Current Facility:** | BYRD |
| **Projected Release Date:** | NOT AVAILABLE |
| **Parole Eligibility Date:** | 2010-01-08 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**  Offender is not scheduled for release at this time.

**Scheduled Release Type:**  Will be determined when release date is scheduled.

**Scheduled Release Location:**  Will be determined when release date is scheduled.

Parole Review Information

Offense History:

| Offense | County | Case No. |
|---|---|---|